**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JUN 02 2016   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Kenneth Smith and Rylawn Walker,

                            Plaintiffs,

            -against-

The City of New York, et al.,

                            Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-845 (KAM)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
_____, 2016

MICHAEL COLIHAN
*Attorney for Plaintiff*
44 Court Street, Room 906
Brooklyn, New York 11201

By: _____
Michael Colihan
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ 6-1-16
Peter Fogarty
*Assistant Corporation Counsel*

SO ORDERED:

_____s/KAM_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2016
Brooklyn, NY

2